VANDERHEYDEN, Appellant, vs. BOUNSALL, Respondent.

For the appellant: *P. F. Leuch* of Milwaukee.
For the respondent: *Hammond & Jones* of Kenosha.

*By the Court.*—Judgment affirmed.

ESTATE OF GEBHARD: FROELICH and others, Appellants, vs. FRAME, Guardian *ad litem,* and others, Respondents.

For the appellants: *A. W. Richter* of Milwaukee.

For the respondents: *Harvey J. Frame* of Waukesha, guardian *ad litem* for Geraldine, Dorothy, and Charles Gebhard, minors; *D. B. Malone, M. A. Jacobson* and *R. S. Hippenmeyer,* all of Waukesha, guardians *ad litem* for Virginia Butcher and Joyce Butcher, minors.

*By the Court.*—Judgment affirmed.

OLISZEWSKI, Respondent, vs. CONSOLIDATED WATER POWER COMPANY, Appellant.

For the appellant: *Brazeau & Graves* of Wisconsin Rapids.

For the respondent: *Atwell & Atwell* of Stevens Point.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 12, 1940.